December 31, 2004

Mr. Robert B. Gilbreath
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Mr. G. P. Matherne
11211 Katy Freeway, Suite 275
Houston, TX 77079

RE: Case Number: 03-0109
 Court of Appeals Number: 01-01-00742-CV
 Trial Court Number: 110832

Style: 1464-EIGHT, LTD., A TEXAS LIMITED PARTNERSHIP AND MILLIS
 MANAGEMENT CORPORATION
 v.
 GAIL ANN JOPPICH

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Margie |
| |Thompson |
| |Ms. Glory Hopkins |